# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRANKLIN ROSEBERRY,<br><br>           Plaintiff,<br><br>   v.<br><br>S. SEDWICK,<br><br>           Defendant.<br>_____/ | CASE NO. 1:06-cv-00444-AWI-SMS PC<br><br>ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br><br>(Doc. 14) |

      On March 21, 2007, plaintiff filed an unsigned motion seeking a temporary restraining order. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; Fed. R. Civ. P. 11(a).

      Because plaintiff's motion is unsigned, it is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   March 30, 2007**           /s/ Sandra M. Snyder
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE