# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRANKLIN ROSEBERRY,<br><br>          Plaintiff,<br><br>   v.<br><br>S. SEDWICK,<br><br>          Defendant.<br>_____/ | CASE NO. 1:06-cv-00444-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, WITH PREJUDICE<br><br>(Docs. 12 and 13) |

Plaintiff John Franklin Roseberry ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 22, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection on March 28, 2007.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

This action is proceeding against defendant Sedwick for acting with deliberate indifference to plaintiff's serious medical needs on January 15, 2006, in violation of the Eighth Amendment. The relief sought by plaintiff in his motion for preliminary injunctive relief, which pertains to plaintiff's current conditions of confinement, would not remedy the claim at issue in this action and the Court

therefore lacks jurisdiction to issue the order sought. <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); <u>Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.</u>, 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); <u>Jones v. City of Los Angeles</u>, 444 F.3d 1118, 1126 (9th Cir. 2006).

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Findings and Recommendations, filed March 22, 2007, is adopted in full; and

  2. Plaintiff's motion for preliminary injunctive relief, filed March 20, 2007, is denied, with prejudice.

IT IS SO ORDERED.

**Dated:**  **April 11, 2007**     /s/ Anthony W. Ishii
                 UNITED STATES DISTRICT JUDGE