1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   JOHN FRANKLIN ROSEBERRY,           CASE NO. 1:06-cv-00444-AWI-SMS PC

10                  Plaintiff,          ORDER REQUIRING PLAINTIFF TO FILE
                                        OPPOSITION OR STATEMENT OF NON-
11      v.                              OPPOSITION TO DEFENDANT'S MOTION
                                        FOR SUMMARY JUDGMENT WITHIN
12   S. SEDWICK,                        THIRTY DAYS

13                  Defendant.          (Doc. 24)
     _____/
14

15          On March 7, 2008, Defendant filed a motion for summary judgment.  Plaintiff was required

16   to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has

17   not done so.  Local Rule 78-230(m).

18          Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file

19   an opposition or a statement of non-opposition to Defendant's motion for summary judgment.  If

20   Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to

21   obey the Court's order and failure to prosecute.

22

23   IT IS SO ORDERED.

24   **Dated:    May 2, 2008**              _____/s/ Sandra M. Snyder_____
                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1